UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,

                Plaintiff,                              08 Civ. 4890 (JSR)

  - against -                                          ECF CASE

TMT BULK CO. LTD. a/k/a TMT BULK and
DUCKY EXPRESS SHIPPING S.A.,

                Defendants.
-------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on May 28, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       June 4, 2008

                                            SO ORDERED.

                                            _____
                                            U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```