UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,

                Plaintiff,                            08 Civ. _____

  - against -                                    ECF CASE

TMT BULK CO. LTD. a/k/a TMT BULK and
DUCKY EXPRESS SHIPPING S.A.,

                Defendants.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 27, 2008
       New York, NY

                                          The Plaintiff,
                                          PACIFIC BULK SHIPPING LTD.

                                By: _____
                                          Ann C. Levasseur
                                          Patrick F. Lennon
                                          Nancy R. Peterson
                                          LENNON, MURPHY & LENNON, LLC
                                          The Gray Bar Building
                                          420 Lexington Ave., Suite 300
                                          New York, NY 10170
                                          (212) 490-6050
                                          facsimile (212) 490-6070
                                          acl@lenmur.com
                                          pfl@lenmur.com
                                          nrp@lenmur.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,

             Plaintiff,             08 Civ. _____

- against -                     ECF CASE

TMT BULK CO. LTD. a/k/a TMT BULK and
DUCKY EXPRESS SHIPPING S.A.,

             Defendants.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 27, 2008
       New York, NY

                           The Plaintiff,
                           PACIFIC BULK SHIPPING LTD.

                           By: _____
                           Ann C. Levasseur
                           Patrick F. Lennon
                           Nancy R. Peterson
                           LENNON, MURPHY & LENNON, LLC
                           The Gray Bar Building
                           420 Lexington Ave., Suite 300
                           New York, NY 10170
                           (212) 490-6050
                           facsimile (212) 490-6070
                           acl@lenmur.com
                           pfl@lenmur.com
                           nrp@lenmur.com