UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,                      :
                                                 :
                    Plaintiff,                   :      08 Civ. 4890 (JSR)
                                                 :
    - against -                                  :      ECF CASE
                                                 :
TMT BULK CO. LTD. a/k/a TMT BULK and              :
DUCKY EXPRESS SHIPPING S.A.,                     :
                                                 :
                                                 :
                    Defendants.                  :
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a) pursuant to the terms of the escrow agreement.

Dated: September 2, 2008
       Southport, CT

                                        The Plaintiff,
                                        PACIFIC BULK SHIPPING LTD.

                                        By: _____
                                        Nancy R. Siegel (NP 2871)
                                        LENNON, MURPHY & LENNON, LLC
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        nrs@lenmur.com